# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 24-88** |
| | : | |
| **NORMAN COPPER** | : | |

## ORDER

**AND NOW**, this 11th day of October 2024, upon considering Defendant's Motion to suppress evidence obtained during the search of Apartment 4320 at the Park Square Apartments (ECF 36), Motion to suppress evidence obtained during the search of the Toyota Camry (ECF 37), Motion to suppress evidence obtained during the search of an affiliated storage unit (ECF 38), the United States' omnibus Response (ECF 45), counsel confirming they did not seek a hearing on the Motions, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motions (ECF 36, 37, 38) are **DENIED**.

_____
**KEARNEY, J.**