**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 24-88** |
| | : | |
| **NORMAN COPPER** | : | |

# ORDER

**AND NOW**, this 25th day of July 2025, upon considering Defendant's Motion for acquittal and new trial (ECF 99), the United States' Response (ECF 116), following thorough review of the trial record and of our several pretrial evidentiary rulings, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF 99) is **DENIED.**

**KEARNEY, J.**